HENRIETTA MAHAR, Respondent, *v.* CITY OF ALBANY, Defendant, and LUIGI MEROLLE et al., Appellants.

Submitted November 19, 1951; decided November 29, 1951.

*Russell G. Hunt, Corporation Counsel,* for motion.

*Joseph F. Bosley* and *Malcolm G. Bibby* opposed.

Motion denied, with $10 costs and necessary printing disbursements.